ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1588 (RHK/FLN)

| | | |
|---|---|---|
| MACK R. GIBSON, | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CONSTANCE REESE, Warden, | ) | |
| Respondent. | ) | |

The above-entitled matter is before the undersigned United States Chief Magistrate Judge pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until October 19, 2001 to prepare and submit its return to the Petition.

Dated: 10/25/01

Franklin L Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK